August 25, 2016

U.S Bankruptcy Court for the Southern District of California
325 West F Street
San Diego, CA 92101-6998

```
          FILED
          ENTERED
          LODGED
          RECEIVED

       SEP   2 2016

   CLERK, U.S. BANKRUPTCY COURT
  SOUTHERN DISTRICT OF CALIFORNIA
BY ME                         DEPUTY
```

Bankruptcy Case #: 14-03929-LA7
Debtor: Molten Games Inc.
Creditor: Justin Harrison

To Whom It May Concern,

I have moved since the initial filing for this case, and I am writing in regards to having my address updated to my current place of residency. Please update my address in your system so that any approved payouts are forwarded to the correct location.

Old address:
Justin Harrison
13775 Durango Dr
Del Mar, CA 92014

**New Address:**
Justin Harrison
11034 W Ocean Air Dr #151
San Diego, CA 92130

Thank you, and please don't hesitate to reach me at (734)883-8660 if you have any questions or concerns.

Sincerely,

*[signature]*

Justin Harrison
11034 W Ocean Air Dr #151
San Diego, CA 92130
(734)883-8660
Harrison_justin@hotmail.com

3929 Add